# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.<br><br>    Defendants. | Case No. 6:21-cv-00400-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES, INC.<br><br>    Defendant. | Case No. 6:21-cv-00361-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>    Defendant. | Case No. 6:21-cv-00401-ADA |

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:21-cv-00167-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Case No. 6:21-cv-00168-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>     Defendants. | Case No. 6:21-cv-00169-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 6:21-cv-01168-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

2

I.  **Undisputed Constructions**

The parties do not dispute that the following terms should have the following constructions:

| Term | Undisputed Construction |
|---|---|
| "coupled to each load" ('241 patent, claim 6) (proposed by Plaintiff) | "coupled to each corresponding load" |
| "each load selector means" ('241 patent, claim 7) (proposed by Defendants) | the "load selector means" |
| "the output pump" '241 patent, claims 6 and 11 (proposed by Plaintiff) | "the output of the pumping circuit" |
| "target output pump selector" ('241 patent, claim 2) (proposed by Defendants) | Means-plus-function limitation.<br><br>Function: "shutting down the variable charge pump circuit when the target output pump voltage (Vcfra) is greater than or equal to a reference voltage (Vref)"<br><br>Corresponding structure: first comparator 702 |
| "multiple operating systems residing in a memory" ('014 patent, claims 1 and 7) (proposed by Defendants) | "multiple operating systems residing in the same memory" |
| "multiple processors are connected to said memory via a bus" ('014 patent, claim 3) (proposed by Defendants) | "multiple processors are connected to said memory via the same bus" |

3

## II. Disputed Constructions

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 1 | "A charge pump circuit for generating a charge pump voltage having minimal voltage ripples" ('241 patent, preamble of claim 1) (proposed by Defendants) | The preamble is limiting, but only with regard to "charge pump circuit" and not "for generating a charge pump voltage having minimal voltage ripples" | The preamble is limiting and should be given its plain and ordinary meaning. |
| 2 | "load" ('241 patent, claim 1) (proposed by Defendants) | Plain and ordinary meaning | "a device that absorbs surplus charge to significantly reduce voltage ripple compared to a case without the device" |
| 3 | "a load selector means for selectively coupling a load associated with a specific pump voltage to the output of said pumping circuit" ('241 patent claim 1) (proposed by Defendants) | Plain and ordinary meaning; not subject to § 112 ¶ 6.<br><br>Alternatively, should § 112 ¶ 6 apply:<br><br>Function: selectively coupling a load associated with a specific pump voltage to the output of said pumping circuit<br><br>Corresponding structure: Switches 320, 324, 328 and associated signals EN_A, EN_B, EN_C, as shown in figures 3, 5A, 5B, and switches 720, 724, 728 and associated signals EN_A, EN_B, EN_C, as shown in Figure 7, as well as associated descriptions of each in the specification. | This is a means-plus-function limitation.<br><br>Function: "selectively coupling a load associated with a specific pump voltage to the output of said pumping circuit," which means "choosing a load based on the target pump voltage, such that the load is coupled to the output of the pumping circuit when the target pump voltage is selected"<br><br>Corresponding structure: the three switches 320, 324, and 328 together with their respective control signals EN_A, EN_B, and EN_C and the controller that generates the signals |

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|------|-----------------------------------|-----------------------------------|
| 4 | "target output selector means" ('241 patent, claim 3) (proposed by Defendants) | "load selector means" | Indefinite, or alternatively, means-plus-function limitation. If means-plus-function:<br><br>Function: "adding a load, whenever a maximum ripple on the target output voltage (Vcfrb) greater than the reference voltage (Vref) then the maximum ripple on the target output selector means adds additional loads until the Vcfrb voltage is less than or equal to the reference voltage (Vref)"<br><br>Corresponding structure: second comparator 714, logic circuit 712, resistor 708, resistor 710, and set load switch 716 |
| 5 | "portable memory apparatus" ('527 patent, claims 1 and 15) (proposed by Defendants) | Plain and ordinary meaning | "an external data storage device for carrying data from one computer system to another computer system" |
| 6 | "wherein, when said connector couples said portable memory apparatus to said computer system, said memory controller chip copies data from said non-volatile memory to said volatile memory, and said computer system accesses said data in said volatile memory through said connector" ('527 patent, claim 1) (proposed by Defendants) | Plain and ordinary meaning | Indefinite |

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 7 | "when said connector couples said portable memory apparatus to said computer system, said memory controller chip copies data from said non-volatile memory to said volatile memory" <br> ('527 patent, claim 1) <br> (proposed by Defendants) | Plain and ordinary meaning | "at the time the portable memory apparatus is connected to the computer system, said memory controller chip copies data from said non-volatile memory to said volatile memory" |
| 8 | "data" <br> ('527 patent, all claims) <br> (proposed by Defendants) | Plain and ordinary meaning | "user data" |
| 9 | "wherein said memory controller chip transfers said non-volatile memory with data written to said volatile memory from said computer system while said portable memory apparatus is coupled to said computer system" <br> ('527 patent, claim 6) <br> (proposed by Defendants) | Plain and ordinary meaning | Indefinite |
| 10 | "A method for regenerating a clock signal in a synchronous semiconductor memory, such method comprises the following steps" <br> ('232 patent, preamble of claim 14) <br> (proposed by Plaintiff) | The preamble is limiting | The preamble is not limiting except for "clock signal" |
| 11 | "detecting a rise edge from a low logical level and a fall edge from a high logical level of said clock signal" <br> ('232 patent, claim 14) <br> (proposed by Defendants) | Plain and ordinary meaning | "detecting the clock signal passing above a low threshold level set for the low logical level of the clock, and the clock signal passing below a high threshold voltage level set for the high logical level of the clock" |

Dated: February 15, 2022                Respectfully submitted,

*/s/ Christian W. Conkle*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
David T. Shackelford (CA SBN 318149)
dshackelford@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

**Attorneys for Plaintiff Sonrai Memory Limited**

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
*Austin, TX  78701*
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

1

Mark D. Fowler *(Pro Hac Vice)*
Brent Yamashita *(Pro Hac Vice)*
Carrie Williamson *(Pro Hac Vice)*
Christian Chessman *(Pro Hac Vice)*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001
mark.fowler@us.dlapiper.com
brent.yamashita@us.dlapiper.com
carrie.williamson@us.dlapiper.com
christian.chessman@us.dlapiper.com

Patrick S. Park *(Pro Hac Vice)*
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA  90067-4704
Tel:  310.595.3000
patrick.park@us.dlapiper.com

***Attorneys for Defendants KIOXIA Corporation and KIOXIA America, Inc.***

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

Mark D. Fowler *(Pro Hac Vice)*
Brent Yamashita *(Pro Hac Vice)*
Carrie Williamson *(Pro Hac Vice)*
Christian Chessman *(Pro Hac Vice)*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001

mark.fowler@us.dlapiper.com
brent.yamashita@us.dlapiper.com
carrie.williamson@us.dlapiper.com
christian.chessman@us.dlapiper.com

Patrick S. Park *(Pro Hac Vice)*
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA  90067-4704
Tel:  310.595.3000
patrick.park@us.dlapiper.com

Peter Maggiore *(Pro Hac Vice)*
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:   619.699.2700
Fax:  619.699.2701
peter.maggiore@us.dlapiper.com

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX  75201
Tel:  214.922.3443
Fax:  214.922.3843
mike.newton@alston.com
brady.cox@alston.com

Lauren N. Griffin (NC Bar No. 54766
ALSTON & BIRD LLP
One South at The Plaza
101 S. Tryon St., Suite 4000
Charlotte, NC  28280
Tel:  704.444.1059
Fax:  704.444.1111
lauren.griffin@alston.com

***Attorneys for Defendant Dell Technologies, Inc.***


*/s/ John M. Guaragna*

3

John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

Mark D. Fowler *(Pro Hac Vice)*
Brent Yamashita *(Pro Hac Vice)*
Carrie Williamson *(Pro Hac Vice)*
Christian Chessman *(Pro Hac Vice)*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001
mark.fowler@us.dlapiper.com
brent.yamashita@us.dlapiper.com
carrie.williamson@us.dlapiper.com
christian.chessman@us.dlapiper.com

Peter Maggiore *(Pro Hac Vice)*
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:   619.699.2700
Fax:  619.699.2701
peter.maggiore@us.dlapiper.com

***Attorneys for Defendant Apple Inc.***

*/s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN TINDEL THOMPSON
201 E. Howard Street
Henderson, TX  75654
Tel:   903.657.8540
Fax:  903.657.6003
mark@themannfirm.com
blake@themannfirm.com

4

Darin W. Snyder *(Pro Hac Vice)*
Luann L. Simmons *(Pro Hac Vice)*
Davis D. Almeling *(Pro Hac Vice)*
Mark Liang *(Pro Hac Vice)*
Amy K. Liang *(Pro Hac Vice)*
Sorin Zaharia *(Pro Hac Vice)*
Andrew Bledsoe *(Pro Hac Vice)*
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Tel:  415.984.8700
Fax:  415.984.8701
dsnyder@omm.com
lsimmons@omm.com
dalmeling@omm.com
mliang@omm.com
aliang@omm.com
szaharia@omm.com
abledsoe@omm.com

***Attorneys for Defendant Google LLC***

*/s/ Melissa Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
Tel:  903.934.8450
Fax:  903.934.9257
melissa@gillamsmithlaw.com

Steven Pepe
(NY Bar No. 2810430)
Alexander E. Middleton
(NY Bar No. 4797114)
Lance W. Shapiro
(NY Bar No. 5397955)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
Tel:  212.596.9000
Fax:  212.596.9090
steven.pepe@ropesgray.com
alexander.middleton@ropesgray.com

5

lance.shapiro@ropesgray.com

David S. Chun
(CA Bar No. 315958)
ROPES & GRAY LLP
1900 University Ave., 6th Floor
East Palo Alto, CA  94303-2284
Tel:   650.617.4000
Fax:  650.617.4090
david.chun@ropesgray.com

***Attorneys for Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc.***

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

Gregory S. Arovas *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:   212.446.4800
Fax:  212.446.4900
g.arovas@kirkland.com

F. Christopher Mizzo *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:   202.389.5000
Fax:  202.389.5200
chris.mizzo@kirkland.com

Barbara N. Barath *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104

Tel:   415.439.1400
Fax:  415.439.1500
barbara.barath@kirkland.com

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc***.


<u>/s/ Frank P. Coté</u>
Kenneth G. Parker (*Pro Hac Vice*)
Frank P. Coté (*Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Tel: (949) 451-3800
Fax: (949) 451-4220
Email: kparker@gibsondunn.com
Email: fcote@gibsondunn.com

***Attorneys for Defendant Western Digital Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 16, 2022 with a copy of this document via the Court's ECF system.

*/s/ Christian W. Conkle*
Christian W. Conkle